# UNITED STATES DISTRICT COURT

_____ SOUTHERN DISTRICT OF NEW YORK _____

**SUMMONS IN A CIVIL ACTION**

CARMEN WALKER,

          Plaintiff,

          v.

THE CITY OF NEW YORK, POLICE OFFICER CORY HAYES,
SHIELD NUMBER 19955, AND POLICE OFFICER "JOHN DOE",
SHIELD NUMBER 21148,

          Defendants.

CASE NUMBER:

**07 CIV. 5734**

**JUDGE STEIN**

TO:   THE CITY OF NEW YORK c/o MICHAEL A. CARDOZO, 100 CHURCH STREET,
NEW YORK, NEW YORK 10007

POLICE OFFICER CORY HAYES, SHIELD NUMBER 19955, c/o TRANSIT
DISTRICT 23, 222 BEACH 116TH STREET, ROCKAWAY PARK, NEW YORK 11694

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court

and serve upon PLAINTIFF'S ATTORNEY:

TRACIE A. SUNDACK & ASSOCIATES, L.L.C.
19 COURT STREET, 3RD FLOOR
WHITE PLAINS, NEW YORK 10601
914-946-8100

an Answer to the complaint which is herewith served upon you, within 20 days after service of
this summons upon you, exclusive of day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. You must also file your
answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

JUN 1 5 2007

CLERK

DATE

BY DEPUTY CLERK

2007 JUN 22 PM 2:00
CITY OF N.Y. LAW DEPART.
OFFICE OF CORP. COUNSEL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CARMEN WALKER,

                              Plaintiff,

          -against-

THE CITY OF NEW YORK, POLICE OFFICER CORY
HAYES, SHIELD NUMBER 19955, AND POLICE
OFFICER "JOHN DOE", SHIELD NUMBER 21148,

                              Defendants.
------------------------------------------------------------------------X

**COMPLAINT
AND JURY DEMAND**

**07 CV 5734 (SHS)**

Plaintiff CARMEN WALKER by her attorneys, TRACIE A. SUNDACK & ASSOCIATES, L.L.C., complaining of Defendants THE CITY OF NEW YORK, POLICE OFFICER CORY HAYES, SHIELD NUMBER 19955, AND POLICE OFFICER "JOHN DOE", SHIELD NUMBER 21148, respectfully alleges as follows:

## PRELIMINARY STATEMENT

1. Plaintiff brings this action for compensatory damages, punitive damages and attorney's fees pursuant to 42 U.S.C. § 1983 and 42 U.S.C. § 1988 for violations of her civil rights, as said rights are secured by said statutes and the Constitutions of the State of New York and the United States.

## JURISDICTION

2. This action is brought pursuant to 42 U.S.C. § 1983 and 42 U.S.C. § 1988, and the First, Fourth, Fifth, Sixth, Eight and Fourteenth Amendments to the United States Constitution.

3. Jurisdiction is founded under 28 U.S.C. §§ 1331, 1343 and 1367.

## VENUE

4. Venue is properly laid in the Southern District of New York under U.S.C. § 1391(b) in that this is the District in which the claim arose.

## JURY DEMAND

5. Plaintiff respectfully demands a trial by jury of all issues in this matter pursuant to Fed. R. Civ. P. 38(b).