

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/4/07

# TRACIE A. SUNDACK & ASSOCIATES, L.L.C.
### ATTORNEYS AT LAW

19 COURT STREET
THIRD FLOOR
WHITE PLAINS, NEW YORK 10601

TRACIE A. SUNDACK

JEFFREY R. POLLACK
ALBERT PIZZIRUSSO

WEB: SUNDACKLAW.COM

TEL: (914) 946-8100
(212) 267-8400
FAX: (914) 946-9585

August 27, 2007

Honorable Sidney H. Stein
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

RE: Kaid v. City of New York, et al.
07-Civ-5517 (SHS)

Walker v. City of New York, et al.
07-Civ-5734 (SHS)

Dear Honorable Sir:

As you are aware, I am a an associate in the law office of Tracie A. Sundack & Associates, LLC., attorneys for the plaintiffs in the above-referenced cases. I am writing to request an adjournment of the initial conferences scheduled for both cases on September 14, 2007. I am writing with the consent of Shawn D. Fabian, Assistant Corporation Counsel and attorney for defendants in the Kaid action and with the consent of Amy N. Okereke, Assistant Corporation Counsel and attorney for defendants in the Walker action. The basis for the request is that September 14, 2007, is the second day of Rosh Hashanah and neither myself, nor Ms. Sundack, will be able to attend the conference.

Thank you for your consideration of this request.

Respectfully submitted,

Jeffrey R. Pollack (JP-7575)

cc: Michael A. Cardozo, Corporation Counsel
Attn.: Shawn D. Fabian, Esq.
Attn.: Amy N. Okereke, Esq.
Via: Facsimile: (212) 788-9776

*Initial pretrial conference advanced to Sept 17 at 10 AM.
So ordered.
[signature] USDJ*