USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

| | | |
|---|---|---|
| CARMEN WALKER, | : | 07 Civ. 5734 (SHS) |
| Plaintiff, | : | |
| -against- | : | ORDER |
| THE CITY OF NEW YORK, *ET AL.*, | : | |
| Defendants. | : | |

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held today, with counsel for all parties present,

      IT IS HEREBY ORDERED that:

      1.    The defendant Police Officer John Doe, Shield Number 21148, is dismissed, without prejudice, at the request of plaintiff;

      2.    There will be a mid discovery status conference on November 8, 2007, at 10:00 a.m.; and

      3.    The last day for completion of discovery is January 18, 2008.

Dated: New York, New York
          September 12, 2007

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.