```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | | |
|---|---|---|
| CARMEN WALKER, | : | 07 Civ. 5734 (SHS) |
| Plaintiff, | : | |
| -against- | : | <u>ORDER</u> |
| THE CITY OF NEW YORK, *ET AL.*, | : | |
| Defendants. | : | |

-------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present.

    IT IS HEREBY ORDERED that:

1. The last day for completion of discovery remains at January 18, 2008;

2. There will be a pretrial conference on January 18, 2008, at 10:00 a.m.; and

3. The trial of this action will commence on March 3, 2008, at 9:30 a.m.

Dated: New York, New York
       November 8, 2007

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.