```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/29/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

CARMEN WALKER,

                                          Plaintiff,

                    -against-

THE CITY OF NEW YORK, POLICE OFFICER CORY
HAYES, SHIELD NUMBER 19955, AND POLICE
OFFICER "JOHN DOE", SHIELD NUMBER 21148,

                                         Defendants.

-------------------------------------------------------------- x

**STIPULATION AND ORDER
OF SETTLEMENT AND
DISMISSAL**

07 Civ. 5734 (SHS)

        **WHEREAS**, plaintiff Carmen Walker commenced this action by filing a complaint on or about June 15, 2007 alleging that certain of her federal and state rights were violated; and

        **WHEREAS**, defendants have denied any and all liability arising out of plaintiff's allegations; and

        **WHEREAS**, the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability; and

        **WHEREAS**, plaintiff has authorized his counsel to settle this matter on the terms set forth below;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

        1.    The above-referenced action is hereby dismissed, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

        2.    The City of New York hereby agrees to pay plaintiff CARMEN WALKER the sum of **Five Thousand Dollars ($5,000)** in full satisfaction of all claims,

including claims for costs, expenses, and attorney's fees. In consideration for the payment of this sum, plaintiff agrees to the dismissal of all claims against the named defendants, the City of New York and Corey Hayes, with prejudice, and to release all defendants, including the defendant named herein as "POLICE OFFICER 'JOHN DOE', SHIELD NUMBER 21148," and any present or former employees or agents of the City of New York and the New York City Police Department from any and all liability, claims, or rights of action under state or federal law that have or could have been alleged by plaintiff in this action arising out of the events alleged in the complaint in this action, including claims for costs, expenses, and attorney's fees.

3. Plaintiff shall execute and deliver to defendants' attorney all documents necessary to effectuate this settlement, including, without limitation, a General Release based on the terms of paragraph 2 above and an Affidavit of No Liens.

4. Nothing contained herein shall be deemed to be an admission by any of the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, the City of New York, or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
      2/22, 2008

| | |
|---|---|
| Tracie Ann Sundack, Esq. | MICHAEL A. CARDOZO |
| Tracie A. Sundack & Associates, LLC | Corporation Counsel of the City of New York |
| *Attorney for Plaintiff* | *Attorney for Defendants* |
| 19 Court Street, Third Floor | 100 Church Street, Room 3-137 |
| White Plains, New York 10601 | New York, New York 10007 |
| (914) 946-8100 | (212) 788-9790 |
| By: _____ | By: _____ |
| Tracie Ann Sundack (TS7718) | Amy N. Okereke (AO 3250) |
| | Assistant Corporation Counsel |

SO ORDERED: 2/29/08

_____
Honorable Sidney H. Stein
United States District Judge

- 3 -